# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHAD SYLVESTER

NO. 2022 KW 1384

**MARCH 13, 2023**

---

In Re:    Chad Sylvester, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          553825.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

                    **MRT**
                    **WRC**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

*a.s.D*

---
DEPUTY CLERK OF COURT
      FOR THE COURT